Tania L. Whiteleather  SBN 141227
Law Offices of Tania L. Whiteleather
5445 E. Del Amo Blvd., Ste 207
Lakewood, CA 90712
tel (562) 866-8755  fax (562) 866-6875
tlwhiteleather@gmail.com

Attorney for Plaintiff

JS-6

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT

| | |
|---|---|
| O.J., a minor, by and through her Guardian Ad Litem, ADRIENNE JAMES,<br><br>    Plaintiff<br><br>    v.<br><br>GARDEN GROVE UNIFIED SCHOOL DISTRICT, A Local Educational Agency,<br><br>    Defendants | CASE NO. 8:16-cv-01442 JVS DFM<br><br>ORDER FOR DISMISSAL WITH PREJUDICE |

The Court, upon stipulation by the parties, hereby orders that this matter is dismissed with prejudice.

Dated: October 13, 2017

By: _____
UNITED STATES DISTRICT
COURT JUDGE